UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 12-cv-108-PB

<u>Neil Edward Spear</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Final Pretrial is rescheduled to December 3, 2012 at 9:30 a.m.; Trial is continued to the two-week period beginning December 11, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                _____
                                                Steven J. McAuliffe
                                                United States District Judge

Date:  October 1, 2012

cc:  Jeffrey Levin, Esq.
     Arnold H. Huftalen, Esq.
     U.S. Marshal
     U.S. Probation